NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 2 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| NELSON CELADA, AKA Nelson Mauricio Celada De Leon,<br><br>Petitioner,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General,<br><br>Respondent. | No.    15-73917<br><br>Agency No. A072-535-674<br><br>MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2017**

Before:      THOMAS, Chief Judge, and SILVERMAN and RAWLINSON,
Circuit Judges.

Nelson Celada, a native and citizen of Guatemala, petitions for review of the

Board of Immigration Appeals' ("BIA") order denying his motion to reopen in

absentia deportation proceedings.  We have jurisdiction under 8 U.S.C. § 1252.

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

We review for abuse of discretion the denial of a motion to reopen. *Avagyan v. Holder*, 646 F.3d 672, 674 (9th Cir. 2011). We deny the petition for review.

The BIA did not abuse its discretion in denying Celada's motion to reopen as untimely, where he filed the motion over nineteen years after his final order of deportation, *see* 8 C.F.R. §§ 1003.2(c)(2), 1003.23, and he has not demonstrated the due diligence necessary to warrant equitable tolling of the filing deadline, *see Avagyan*, 646 F.3d at 679 (equitable tolling is available to an alien who is prevented from filing a motion to reopen due to deception, fraud, or error, as long as the alien exercises due diligence in discovering such circumstances).

In light of this disposition, we do not reach Celada's remaining contentions regarding the alleged ineffective assistance of counsel.

**PETITION FOR REVIEW DENIED.**